IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT WOODS
Reg. #25154-076                                                              PLAINTIFF

v.                       No. 2:17-cv-98-DPM-JJV

CARLOS RIVERA, Former Warden,
Forrest City Correctional Complex; GENE
BEASLEY, Warden, FCCC; WILLIAMS,
Nurse, FCCC; CAPPS, Doctor, FCCC;
TINDALE, Doctor, FCCC; BRADSHAW,
C-2 Unit Counselor, FCCC; and FORREST
CITY MEDICAL CENTER                                                          DEFENDANTS

ORDER

Unopposed partial recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). All claims against Rivera, Beasley, Tindale, and Forrest City Medical Center are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 July 2017