# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

ROBERT WOODS,
Reg. #25154-076                                                    PLAINTIFF

v.                    No. 2:17-cv-98-DPM-JJV

CARLOS RIVERA, Former Warden,
Forrest City Correctional Complex;
GENE BEASLEY, Warden, FCCC;
WILLIAMS, Nurse, FCCC; JOSEPH CAPPS,
Doctor, FCCC; TINDALE, Doctor, FCCC;
and BRADSHAW, C-2 Unit Counselor,
FCCC                                                              DEFENDANTS

## ORDER

Unopposed partial recommendation, № 47, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Woods's claims against Rivera are dismissed without prejudice for failure to serve. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 December 2017