# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ROBERT WOODS,
Reg. #25154-076                                                         PLAINTIFF

v.                       No. 2:17-cv-98-DPM-JJV

GENE BEASLEY, Warden, FCCC;
WILLIAMS, Nurse, FCCC; JOSEPH CAPPS,
Doctor, FCCC; TINDALE, Doctor, FCCC;
and BRADSHAW, C-2 Unit Counselor,
FCCC                                                                    DEFENDANTS

## ORDER

Unopposed partial recommendation, № 50, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Capps's motion to dismiss, № 44, is denied. His motion for summary judgment, № 41, is granted. Woods's claims against Capps are dismissed with prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 January 2018