IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT WOODS,
Reg. #25154-076                                                    PLAINTIFF

v.                No. 2:17-cv-98-DPM-JJV

GENE BEASLEY, Warden, FCCC;
WILLIAMS, Nurse, FCCC; TINDALE,
Doctor, FCCC; and BRADSHAW,
C-2 Unit Counselor, FCCC                            DEFENDANTS

## ORDER

Unopposed partial recommendation, № 51, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Woods hasn't provided a valid address for serving Tindale, despite being ordered to do so. № 37 & № 46. His claims against Tindale are dismissed without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 January 2018