# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ROBERT WOODS,
Reg. #25154-076                                                    PLAINTIFF

v.                    No. 2:17-cv-98-DPM-JJV

GENE BEASLEY, Warden, FCCC;
WILLIAMS, Nurse, FCCC; and
BRADSHAW, C-2 Unit Counselor, FCCC                                 DEFENDANTS

## ORDER

Unopposed partial recommendation, № 53, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Beasley's supplemental motion for summary judgment, № 48, is therefore granted. Woods's claims for injunctive and declaratory relief against Beasley are dismissed without prejudice for failure to exhaust. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 January 2018