IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ROBERT WOODS**
Reg. #25154-076                                             **PLAINTIFF**

v.                 No. 2:17-cv-98-DPM-JJV

**EVONDA WILLIAMS**, Nurse, Forrest
City Correctional Complex; and
**BRADSHAW**, C-2 Unit Counselor, FCCC       **DEFENDANTS**

### ORDER

Defendant Bradshaw has filed objections to the Magistrate Judge's 25 June 2018 recommendation. № 73 & № 74. The Court would benefit from a response from Woods to those objections by 31 July 2018.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 July 2018