# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ROBERT WOODS
Reg. #25154-076                                                    PLAINTIFF

v.                          No. 2:17-cv-98-DPM-JJV

EVONDA WILLIAMS, Nurse, Forrest
City Correctional Complex; and
BRADSHAW, C-2 Unit Counselor, FCCC                                DEFENDANTS

## ORDER

Tommy Bradshaw moved for judgment on the pleadings on Woods's claims against him. № 72. Magistrate Judge Volpe filed a recommendation; and Bradshaw submitted nuanced objections. № 73 & № 74. The Court asked Woods to respond to those objections. № 75. Instead, Woods moves to voluntarily dismiss his remaining claims. He says he'll be released soon; and he wants to refile them with help of a lawyer. Defendants haven't objected. Woods's motion, № 76, is granted. FED. R. CIV. P. 41(a)(2). Bradshaw's pending motion, № 72, is denied as moot; and the Court declines the partial recommendation, № 73, as moot, too. Woods's remaining claims will be dismissed without prejudice. If Woods refiles, though, then Bradshaw may renew his motion for judgment on the pleadings.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

19 September 2018