IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT WOODS
Reg. #25154-076                                                           PLAINTIFF

v.                              No. 2:17-cv-98-DPM

CARLOS RIVERA, Former Warden,
Forrest City Correctional Complex;
GENE BEASLEY, Warden, FCCC;
EVONDA WILLIAMS, Nurse, FCCC;
JOSEPH CAPPS, Doctor, FCCC; TINDALE,
Doctor, FCCC; BRADSHAW, C-2 Unit
Counselor, FCCC; and FORREST CITY
MEDICAL CENTER                                                          DEFENDANTS

## JUDGMENT

1. Woods's claims against Capps are dismissed with prejudice.

2. Woods's damages claims against Beasley in his official capacity are dismissed with prejudice.

3. All other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

18 September 2018